IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BONNIE HATHAWAY,

    Plaintiff,

vs.

                                  Civil Action No.:1:07-cv-10683

MERCK & CO., INC.,

    Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), plaintiff BONNIE HATHAWAY, by and through her undersigned counsel, voluntarily dismisses without prejudice the claims against the defendant listed in the caption of this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 22d day of January, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

                                  Meghan M. Tans
                                  Timothy M. O'Brien
                                  Levin, Papantonio, Thomas, Mitchell, Eschsner
                                      & Proctor, P.A.
                                  316 South Baylen Street, Suite 600 (32502)
                                  P. O. Box 12308
                                  Pensacola, Florida 32591
                                  Telephone(850) 435-7181
                                  FAX (850) 436-6181
                                  COUNSEL FOR PLAINTIFF